# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Fernandez, Ferdinand F. | Ninth Circuit Court of Appeals | 04/27/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Circuit Judge, Senior | ☐ Nomination ☐ Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2020 **to** 12/31/2020 |

**7. Chambers or Office Address**

125 S. Grand Avenue, Suite 602
Pasadena, CA 91105

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Fernandez, Ferdinand F.** | 04/27/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔     NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔     NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Fernandez, Ferdinand F.** | 04/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1. Accts. at Wells Fargo Bank | A | Interest | M | T | | | | | |
| 2. Accts. at JP Morgan Chase | B | Interest | M | T | | | | | |
| 3. Accts. at Bank of America | B | Interest | M | T | | | | | |
| 4. Accts. at Union Bank | B | Interest | M | T | | | | | |
| 5. Accts. at California Bank and Trust | B | Interest | M | T | | | | | |
| 6. Accts. at Pacific Western Bank | B | Interest | M | T | | | | | |
| 7. Accts. at U.S. Bank | B | Interest | M | T | | | | | |
| 8. Accts. at Community Commerce Bank | B | Interest | M | T | | | | | |
| 9. Accts at Bank of the West | A | Interest | M | T | | | | | |
| 10. Accts. at Citizens Business Bank | B | Interest | M | T | | | | | |
| 11. Accts. at Pacific Premier Bank | B | Interest | M | T | | | | | |
| 12. Acct. at F&M Bank Clarksville Tenn. | A | Interest | | | Closed | 01/17/20 | L | A | |
| 13. Acct. at Morgan Stanley Private Bank | B | Interest | | | Closed | 06/13/20 | L | A | |
| 14. Acct. at BMO Harris Bank | B | Interest | | | Closed | 08/25/20 | L | A | |
| 15. Acct. at East West Bank | B | Interest | M | T | | | | | |
| 16. Acct. at Pinnacle Bank, Nashville, TN | B | Interest | | | Open | 01/17/20 | M | | |
| 17. Acct. at Goldman Sachs Bank | B | Interest | | | Closed | 09/17/20 | L | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fernandez, Ferdinand F. | 04/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Acct. at Bank of India | A | Interest | L | T | Open | | | | |
| 19. Acct. at Westfield Bank, Mass. | A | Interest | M | T | Open | | | | |
| 20. Fidelity MMKT Cap. Reserves CL | A | Dividend | J | T | | | | | |
| 21. Am. Fund Cap Income Builder; Cl A | D | Dividend | M | T | | | | | |
| 22. Am. Fund New Economy Cl A | B | Dividend | J | T | | | | | |
| 23. Income Fund of America Cl A | C | Dividend | K | T | | | | | |
| 24. Am. Cap. Fund Cl A | D | Dividend | K | T | | | | | |
| 25. Am. Fund Balanced Fund Cl A | E | Dividend | M | T | | | | | |
| 26. Am Fund Growth Fund Cl A | E | Dividend | M | T | | | | | |
| 27. Am Fund, Inv. Co. of America Cl A | B | Dividend | K | T | | | | | |
| 28. Am. Wash. Mut. Inv. Fund Cl A | D | Dividend | M | T | | | | | |
| 29. Invesco Van Kampen Am. Franchise Fund Cl A | E | Dividend | M | T | | | | | |
| 30. Invesco Van Kampen Real Estate Fund Cl A | C | Dividend | L | T | | | | | |
| 31. Invesco Van Kampen Comstock Fund Cl A | C | Dividend | K | T | | | | | |
| 32. Select Notes Trust Sec. LT #5 | B | Interest | J | T | | | | | |
| 33. GNMA Pool Cert. | A | Interest | J | T | | | | | |
| 34. Trust #1; Income Beneficiary, Wells Fargo, Trustee (Items 35-130) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fernandez, Ferdinand F. | 04/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. (a) Wells Fargo Cash | A | Interest | J | T | | | | | |
| 36. (b) SPDR D.J. Wilshire Int'l. Real Estate | A | Dividend | | | Sold | 02/14/20 | J | A | |
| 37. (c-i) AMEX Consumer DISCT SPDR | A | Dividend | | | Sold | 02/14/20 | J | C | |
| 38. (d-i) Consumer Staples Sec SPDR | A | Dividend | J | T | Sold (part) | 05/08/20 | J | A | |
| 39. (d-ii) Same as (d-i) | | | | | Buy (add'l) | 12/15/20 | J | | |
| 40. (e) Financial Select Sec. SPDR | A | Dividend | | | Sold | 02/14/20 | J | C | |
| 41. (f-i) Health Care Select Sec. SPDR | A | Dividend | J | T | Buy (add'l) | 03/27/20 | J | | |
| 42. (f-ii) Same as (f-i) | | | | | Sold (part) | 02/14/20 | J | A | |
| 43. (f-iii) Same as (f-i) | | | | | Buy (add'l) | 10/21/20 | J | | |
| 44. (f-iv) Same as (f-i) | | | | | Sold (part) | 05/08/20 | J | A | |
| 45. (g-i) AMEX Industrial SPDR | A | Dividend | | | Sold (part) | 02/14/20 | J | A | |
| 46. (g-ii) Same as (g-i) | | | | | Sold | 03/27/20 | J | A | |
| 47. (h-i) AMEX Technology SPDR | A | Dividend | J | T | Sold (part) | 05/08/20 | J | A | |
| 48. (h-ii) Same as (h-i) | | | | | Buy (add'l) | 03/27/20 | J | | |
| 49. (h-iii) Same as (h-i) | | | | | Sold (part) | 10/21/20 | J | B | |
| 50. (h-iv) Same as (h-i) | | | | | Buy (add'l) | 12/15/20 | J | | |
| 51. (i-i) I Shares S&P Midcap 400 Growth | A | Dividend | | | Buy (add'l) | 03/27/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fernandez, Ferdinand F. | 04/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. (i-ii) Same as (i-i) | | | | | Sold (part) | 02/14/20 | J | B | |
| 53. (i-iii) Same as (i-i) | | | | | Sold | 05/08/20 | J | B | |
| 54. (j-i) I Shares S&P Midcap 400 Value | A | Dividend | | | Sold (part) | 02/14/20 | J | B | |
| 55. (j-ii) Same as (j-i) | | | | | Buy (add'l) | 03/27/20 | J | | |
| 56. (j-iii) Same as (j-i) | | | | | Sold | 05/08/20 | J | B | |
| 57. (k-i) Fidelity New Markets Income Fund Class 1 | A | Dividend | J | T | Buy (add'l) | 05/08/20 | J | | |
| 58. (k-ii) Same as (k-i) | | | | | Buy (add'l) | 10/21/20 | J | | |
| 59. (l-i) Vanguard FTSE Developed Markets ETF | A | Dividend | J | T | Sold (part) | 02/14/20 | J | A | |
| 60. (l-ii) Same as (l-i) | | | | | Sold (part) | 03/27/20 | J | A | |
| 61. (l-iii) Same as (l-i) | | | | | Sold (part) | 05/08/20 | J | A | |
| 62. (l-iv) Same as (l-i) | | | | | Sold (part) | 10/21/20 | J | A | |
| 63. (l-v) Same as (l-i) | | | | | Sold (part) | 12/15/20 | J | A | |
| 64. (m) T Rowe Price Real Estate Fund #432 | A | Dividend | | | Sold | 02/13/20 | J | A | |
| 65. (n-i) Vanguard Intermediate Term B | A | Dividend | J | T | Buy (add'l) | 02/14/20 | J | | |
| 66. (n-ii) Same as (n-i) | | | | | Buy (add'l) | 05/08/20 | J | | |
| 67. (n-iii) Same as (n-i) | | | | | Sold (part) | 03/27/20 | J | A | |
| 68. (n-iv) Same as (n-i) | | | | | Sold (part) | 10/21/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Fernandez, Ferdinand F. | 04/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 69. (n-v) Same as (n-i) | | | | | Sold (part) | 12/15/20 | J | A | |
| 70. (o) Vanguard Short Term Bond ETF | A | Dividend | | | Sold | 02/14/20 | J | A | |
| 71. (p-i) Eaton Vance Global Macro Absolute Return Adv. Fund-Class R6#1072 | A | Dividend | J | T | Buy (add'l) | 02/14/20 | J | | |
| 72. (cont. p-i) (Formerly Class I #208) See Part VIII | | | | | | | | | |
| 73. (p-ii) Same as (p-i) | | | | | Sold (part) | 03/26/20 | J | A | |
| 74. (p-iii) Same as (p-i) | | | | | Buy (add'l) | 05/08/20 | J | | |
| 75. (p-iv) Same as (p-i) | | | | | Buy (add'l) | 10/21/20 | J | | |
| 76. (p-v) Same as (p-i) | | | | | Buy (add'l) | 12/14/20 | J | | |
| 77. (q-i) TCW Emrg Mkts Incm. 14721 | A | Dividend | J | T | Buy (add'l) | 02/14/20 | J | | |
| 78. (q-ii) Same as (q-i) | | | | | Buy (add'l) | 03/27/20 | J | | |
| 79. (q-iii) Same as (q-i) | | | | | Buy (add'l) | 05/08/20 | J | | |
| 80. (r-i) I Shares Russell 2000 ETF | A | Dividend | J | T | Buy (add'l) | 03/27/20 | J | | |
| 81. (r-ii) Same as (r-i) | | | | | Sold (part) | 02/14/20 | J | A | |
| 82. (r-iii) Same as (r-i) | | | | | Buy (add'l) | 10/21/20 | J | | |
| 83. (r-iv) Same as (r-i) | | | | | Sold (part) | 05/08/20 | J | A | |
| 84. (r-v) Same as (r-i) | | | | | Buy (add'l) | 12/15/20 | J | | |
| 85. (s-i) I Shares Core MSCI Emerging Mks. | A | Dividend | J | T | Sold (part) | 03/27/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fernandez, Ferdinand F. | 04/27/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. (s-ii) Same as (s-i) | | | | | Sold<br>(part) | 05/08/20 | J | A | |
| 87. (s-iii) Same as (s-i) | | | | | Sold<br>(part) | 10/21/20 | J | A | |
| 88. (s-iv) Same as (s-i) | | | | | Buy<br>(add'l) | 12/15/20 | J | | |
| 89. (t-i) I Shares TRS and P 1500 Index Fd | A | Dividend | K | T | Buy<br>(add'l) | 03/27/20 | J | | |
| 90. (t-ii) Same as (t-i) | | | | | Sold<br>(part) | 02/14/20 | J | A | |
| 91. (t-iii) Same as (t-i) | | | | | Sold<br>(part) | 05/08/20 | J | A | |
| 92. (t-iv) Same as (t-i) | | | | | Sold<br>(part) | 10/20/20 | J | A | |
| 93. (t-v) Same as (t-i) | | | | | Sold<br>(part) | 12/15/20 | J | A | |
| 94. (u-i) Vanguard Midcap Viper | A | Dividend | K | T | Buy<br>(add'l) | 02/14/20 | J | | |
| 95. (u-ii) Same as (u-i) | | | | | Buy<br>(add'l) | 03/29/20 | J | | |
| 96. (u-iii) Same as (u-i) | | | | | Buy<br>(add'l) | 05/08/20 | J | | |
| 97. (u-iv) Same as (u-i) | | | | | Buy<br>(add'l) | 06/16/20 | J | | |
| 98. (u-v) Same as (u-i) | | | | | Buy<br>(add'l) | 10/21/20 | J | | |
| 99. (u-vi) Same as (u-i) | | | | | Sold<br>(part) | 12/15/20 | J | A | |
| 100. (v-i) I Share Core U.S. Aggregate | A | Dividend | K | T | Buy<br>(add'l) | 05/13/19 | J | | |
| 101. (v-ii) Same as (v-i) | | | | | Buy<br>(add'l) | 02/14/20 | J | | |
| 102. (v-iii) Same as (v-i) | | | | | Buy<br>(add'l) | 05/08/20 | J | | |

| | | | | |
|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Fernandez, Ferdinand F.** | 04/27/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  (v-iv) Same as (v-i) | | | | | Sold<br>(part) | 03/27/20 | J | A | |
| 104.  (v-v) Same as (v-i) | | | | | Buy<br>(add'l) | 10/21/20 | J | | |
| 105.  (v-vi) Same as (v-i) | | | | | Buy<br>(add'l) | 12/15/20 | J | | |
| 106.  (w-i) Principal High Yield - R6#4264 | A | Dividend | J | T | Buy<br>(add'l) | 02/14/20 | J | | |
| 107.  (w-ii) Same as (w-i) | | | | | Buy<br>(add'l) | 05/08/20 | J | | |
| 108.  (w-iii) Same as (w-i) | | | | | Sold<br>(part) | 03/26/20 | J | A | |
| 109.  (x-i) PGIM High Yield DQ #1067 | A | Dividend | J | T | Buy | 10/21/20 | J | | |
| 110.  (x-ii) Same as (x-i) | | | | | Buy<br>(add'l) | 12/14/20 | J | | |
| 111.  (y-i) PIMCO High Yield FD - INST #108 | A | Dividend | J | T | Buy | 10/21/20 | J | | |
| 112.  (y-ii) Same as (y-i) | | | | | Buy<br>(add'l) | 12/14/20 | J | | |
| 113.  (z-i) I Shares MSCI USA Quality Factor | A | Dividend | J | T | Buy | 02/14/20 | J | | |
| 114.  (z-ii) Same as (z-i) | | | | | Buy<br>(add'l) | 03/27/20 | J | | |
| 115.  (z-iii) Same as (z-i) | | | | | Sold<br>(part) | 05/08/20 | J | A | |
| 116.  (z-iv) Same as (z-i) | | | | | Sold<br>(part) | 10/21/20 | J | A | |
| 117.  (z-v) Same as (z-i) | | | | | Sold<br>(part) | 12/15/20 | J | A | |
| 118.  (aa-i) Vanguard Dividend Appreciation | A | Dividend | J | T | Buy | 02/14/20 | J | | |
| 119.  (aa-ii) Same as (aa-i) | | | | | Buy<br>(add'l) | 03/27/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fernandez, Ferdinand F. | 04/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. (aa-iii) Same as (aa-i) | | | | | Sold (part) | 05/08/20 | J | A | |
| 121. (aa-iv) Same as (aa-i) | | | | | Sold (part) | 10/21/20 | J | A | |
| 122. (bb-i) James Alpha GC Real Estate | A | Dividend | | | Buy | 02/14/20 | J | | |
| 123. (bb-ii) Same as (bb-i) | | | | | Buy (add'l) | 03/27/20 | J | | |
| 124. (bb-iii) Same as (bb-i) | | | | | Buy (add'l) | 05/08/20 | J | | |
| 125. (bb-iv) Same as (bb-i) | | | | | Sold | 12/15/20 | J | A | |
| 126. (cc-i) PowerShares DB Optimum Yield Diversified (when purchased known | A | Dividend | J | T | Buy | 03/29/20 | J | | |
| 127. (cc-i cont.) as Invesco Optimum Yield Diversified) | | | | | | | | | |
| 128. (cc-ii) Same as (cc-i) | | | | | Buy (add'l) | 05/08/20 | J | | |
| 129. (cc-iii) Same as (cc-i) | | | | | Sold (part) | 10/21/20 | J | A | |
| 130. (cc-iv) Same as (cc-i) | | | | | Sold (part) | 12/15/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Fernandez, Ferdinand F.** | 04/27/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Item 71: On September 15, 2020, the shares of Eaton Vance Global Macro Absolute Return Adv. Fund Class I #208 were exchanged for shares of Eaton Vance Global Macro Absolute Return Adv. Fund Class R6#1072 of same value and cost basis.

| Name of Person Reporting | Date of Report |
|---|---|
| Fernandez, Ferdinand F. | 04/27/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ferdinand F. Fernandez**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544